IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Jerry Mitchell, | ) | Civil Action No. 4:11-CV-00257 |
| | ) | |
| Plaintiff, | ) | **CONSENT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Northern States Transportation, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, Plaintiff Jerry Mitchell and Defendant Tim's Trucking, LLC (collectively, the "Parties") have agreed to resolve Plaintiff's claims against Tim's Trucking LLC with respect to the above-captioned litigation.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered against Defendant Tim's Trucking, LLC and in favor of Plaintiff Jerry Mitchell in the above-captioned case in the amount of $963,000.00 which sum represents the reasonable value of Plaintiff's claims in a case of disputed liability.

2. Plaintiff Jerry Mitchell shall not execute this consent judgment against Tim's Trucking, LLC except to the extent that there is available insurance coverage from National American Insurance Company (NAIC) or Lexington Insurance Company (Lexington) as represented by a Certificate of Insurance issued September 15, 2010 by Insurance One Agency, Inc. to

TIM'S TRUCKING, L.L.C. or any NAIC, Lexington or other policy of insurance in effect at the relevant time period. The parties stipulate and agree this agreement includes a covenant not to execute except to the extent there is coverage under the insurance policies reference above; that Plaintiff, his heirs, executors, successors, and assigns irrevocably bind themselves to this agreement in exchange and consideration for the cooperation of Tim's Trucking, LLC as stated below.

3. Defendant Tim's Trucking, LLC shall pursue an action against its insurers, NAIC or Lexington and Insurance One Agency, Inc. (the "Bad Faith Claims"). The Parties shall work in good faith and cooperate with respect to the Bad Faith Claims.  Tim's Trucking, LLC shall assign half the proceeds from the Bad Faith Claims to Jerry Mitchell.

4. If called upon by Tim's Trucking, LLC, Plaintiff will cause to be delivered a release or quit claim deed or other document as to any property that might otherwise be affected by this judgment with the sole exception of the policies of insurance issued by NAIC and/or Lexington.

5. Plaintiff will file with the Clerk of Court a full and complete satisfaction of the remaining judgment after resolution by judgment, settlement, or otherwise of the claim against NAIC and/or Lexington. The satisfaction shall be filed regardless of the results of that action.

6. To the extent that Tim's Trucking, LLC's liability and exposure to a judgment and execution has been limited herein, the agreement is

intended to have the same effect as the covenants and agreements used in Iowa Mut. Ins. Co v. McCarthy, 572 N.W.2d 537 (Iowa 1997) and Red Giant Oil Co. v. Lawlor, 528 N.W.2d 524 (Iowa 1995).   Plaintiff bears any and all risk the agreement may have on coverage of NAIC and/or Lexington Insurance policies.

7. Defendant Tim's Trucking, LLC shall reserve the right to file cross claims against Defendant's Circle H Pilot/Escort Service and Richard Duren.

8. Any claims for attorneys' fees and costs related to the above-captioned litigation and incurred through the date of entry of this Consent Judgment have been resolved between the Parties and are hereby disposed of by this Order.

9. This agreement is made and entered into in the State of Iowa and shall be in all respects interpreted, enforced, and governed by the laws of the State of Iowa.

The Court may maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment.

IT IS SO ORDERED.

Dated: September 3, 2013                    _____

United States District Court

[continued on next page]

3

The foregoing Consent Judgment has been agreed to by the Parties:

/s/ Michael J. Leizerman
Rena M. Leizerman
Michael J. Leizerman
E.J. Leizerman & Associates LLC
717 Madison Ave
Toledo, OH 43604
(419) 243-1010 (telephone)
(419) 243-8200 (facsimile)
rena@leizerman.com
michael@leizerman.com

Kevin Hobbs
1200 Valley West Drive
West Des Moines, Iowa 50266
(515) 282-1972 (telephone)
(515) 225-1972 (facsimile):

*Attorneys for Plaintiff Jerry Mitchell*

/s/ Jeffrey A. Boehlert
Jeffrey A. Boehlert
Patterson Law Firm, L.L.P.
505 Fifth Avenue, Suite 729
Des Moines, Iowa 50309
(515) 283-2147 (telephone)
(515) 283-1002 (facsimile)
jboehlert@pattersonfirm.com

*Attorney for Defendant Tim's Trucking, LLC*

SO AGREED:
/s/ Jerry Mitchell
Jerry Mitchell, *Plaintiff*

/s/
Tim Kupka, *Defendant Tim's Trucking*

The foregoing Consent Judgment has been agreed to by the Parties:

/s/ Michael J. Leizerman
Rena M. Leizerman
Michael J. Leizerman
E.J. Leizerman & Associates LLC
717 Madison Ave
Toledo, OH 43604
(419) 243-1010 (telephone)
(419) 243-8200 (facsimile)
rena@leizerman.com
michael@leizerman.com

Kevin Hobbs
1200 Valley West Drive
West Des Moines, Iowa 50266
(515) 282-1972 (telephone)
(515) 225-1972 (facsimile):

*Attorneys for Plaintiff Jerry Mitchell*

/s/ Jeffrey A. Boehlert
Jeffrey A. Boehlert
Patterson Law Firm, L.L.P.
505 Fifth Avenue, Suite 729
Des Moines, Iowa 50309
(515) 283-2147 (telephone)
(515) 283-1002 (facsimile)
jboehlert@pattersonfirm.com

*Attorney for Defendant Tim's Trucking, LLC*

SO AGREED:

/s/ _____
Jerry Mitchell, *Plaintiff*

/s/ _____
Tim Kupka, *Defendant Tim's Trucking*

4