IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| JERRY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN STATES TRANSPORTATION, INC.; CIRCLE H PILOT CO.; RICHARD DECHARLES DUREN; TIM'S TRUCKING<br><br>    Defendants. | NO. 4:11-CV-257<br><br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Jerry Mitchell and Defendant Northern States Transportation, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant Northern States Transportation, Inc., with prejudice.

Respectfully submitted,

/s/ Michael Jay Leizerman

Michael Jay Leizerman (0063945)
E.J. Leizerman & Associates, LLC
717 Madison Avenue
Toledo, OH 43604
Phone: (419) 243-1010
Facsimile: (419) 243-8200
michael@leizerman.com
Attorney for Plaintiff

GREFE & SIDNEY, P.L.C.

By: /s/ Guy R. Cook
    Guy R. Cook, AT0001623

By: /s/ Adam D. Zenor
    Adam D. Zenor, AT0009698

 

        500 E. Court Ave., Ste. 200
        Des Moines, IA  50309
        Phone:  515/245-4300
        Fax: 515/245-4452
        gcook@grefesidney.com
        azenor@grefesidney.com

ATTORNEYS FOR DEFENDANT NORTHERN STATES TRANSPORTATION, INC.