IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Jerry Mitchell, | ) | Civil Action No. 4:11-CV-00257 |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| Circle H Pilot/Escort Service, LLC, | ) | |
| Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

It appearing that the complaint was filed in this case on October 3, 2011, that the summons and complaint were duly served on Defendant Circle H Pilot/Escort, LLC defendant, and no answer or other pleading has been filed by this Defendant as required by law.

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Circle H Pilot/Escort, LLC, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By: _____
Deputy Clerk
G.Kampling