## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| Jerry Mitchell, | ) Civil Action No. 4:11-CV-00257 |
| Plaintiff, | ) **AMENDED CONSENT JUDGMENT** |
| v. | ) |
| Northern States Transportation, Inc., *et al.*, | ) |
| Defendants. | ) |

WHEREAS, Plaintiff Jerry Mitchell and Defendant Tim's Trucking, LLC (collectively, the "Parties") have agreed to resolve Plaintiff's claims against Tim's Trucking LLC with respect to the above-captioned litigation.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered against Defendant Tim's Trucking, LLC and in favor of Plaintiff Jerry Mitchell in the above-captioned case in the amount of $963,000.00 which sum represents the reasonable value of Plaintiff's claims in a case of disputed liability.

2. Plaintiff Jerry Mitchell shall not execute this consent judgment against Tim's Trucking, LLC. Plaintiff will pursue available insurance coverage from National American Insurance Company (NAIC) as represented by a Certificate of Insurance issued September 15, 2010 by Insurance One Agency, Inc. to TIM'S TRUCKING, L.L.C. or any NAIC or other policy of

insurance in effect at the relevant time period. The parties stipulate and agree this agreement includes a covenant not to execute except to the extent there is coverage under the insurance policies reference above; that Plaintiff, his heirs, executors, successors, and assigns irrevocably bind themselves to this agreement in exchange and consideration for the cooperation of Tim's Trucking, LLC as stated below.

3. NAIC failed to defend Tim's Trucking, LLC against Plaintiff's claim.

4. In consideration for the covenant not to execute, Defendant Tim's Trucking, LLC assigns to Plaintiff Jerry Mitchell all of his rights of action against NAIC or Lexington and agree to worth in good faith and cooperate with respect to Plaintiff's pursuit of any such action.

5. If called upon by Tim's Trucking, LLC, Plaintiff will cause to be delivered a release or quit claim deed or other document as to any property that might otherwise be affected by this judgment with the sole exception of the policies of insurance issued by NAIC and/or Lexington.

6. Plaintiff will file with the Clerk of Court a full and complete satisfaction of the remaining judgment after resolution by judgment, settlement, or otherwise of the claim against NAIC and/or Lexington. The satisfaction shall be filed regardless of the results of that action.

7. This agreement is intended to have the same effect as the covenants and agreements used in Iowa Mut. Ins. Co v. McCarthy, 572 N.W.2d 537 (Iowa 1997) and Red Giant Oil Co. v. Lawlor, 528 N.W.2d 524 (Iowa 1995).

Plaintiff bears any and all risk the agreement may have on coverage of NAIC and/or Lexington Insurance policies.

8. Any claims for attorneys' fees and costs related to the above-captioned litigation and incurred through the date of entry of this Consent Judgment have been resolved between the Parties and are hereby disposed of by this Order.

9. This agreement is made and entered into in the State of Iowa and shall be in all respects interpreted, enforced, and governed by the laws of the State of Iowa.

The Court may maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment.

IT IS SO ORDERED.

Dated: 5/2/2014

_____
United States District Court

[continued on next page]

The foregoing Consent Judgment has been agreed to by the Parties:

/s/ Michael J. Leizerman
Rena M. Leizerman
Michael J. Leizerman
E.J. Leizerman & Associates LLC
717 Madison Ave
Toledo, OH 43604
(419) 243-1010 (telephone)
(419) 243-8200 (facsimile)
rena@leizerman.com
michael@leizerman.com

Kevin Hobbs
1200 Valley West Drive
West Des Moines, Iowa 50266
(515) 282-1972 (telephone)
(515) 225-1972 (facsimile):

*Attorneys for Plaintiff Jerry Mitchell*

/s/ Jeffrey A. Boehlert
Jeffrey A. Boehlert
Patterson Law Firm, L.L.P.
505 Fifth Avenue, Suite 729
Des Moines, Iowa 50309
(515) 283-2147 (telephone)
(515) 283-1002 (facsimile)
jboehlert@pattersonfirm.com

*Attorney for Defendant Tim's Trucking, LLC*